UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

   -v-                           :     **ORDER**

JEREMY JONES,                    :     S1 05 Cr. 1115 (WHP)

         Defendant.            :

- - - - - - - - - - - - - - - - -x

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on September 22, 2006;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
       October 11, 2006

                                      WILLIAM H. PAULEY III
                                      UNITED STATES DISTRICT JUDGE