UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                         :
                                         :    **NOTICE OF APPEARANCE AND REQUEST**
UNITED STATES OF AMERICA,                :    **FOR ELECTRONIC NOTIFICATION**
                                         :
  - v. -                       :    S1 05 Cr. 1115 (WHP)
                                         :
ULYSSES THOMAS WARE,                     :
   a/k/a "Thomas Ware,"
                                         :
       Defendant.
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

TO:   Clerk of Court
       United States District Court
       Southern District of New York

     The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                  Southern District of New York

                      By:   s/ Steven D. Feldman
                          Steven D. Feldman
                          Assistant United States Attorney
                          (212) 637-2484

cc: Ulysses Thomas Ware, Esq., *pro se* (by fax at 404-522-1447)
    Gary G. Becker, Esq., standby counsel (by fax at 212-214-0901)