```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :

        - v. -                  :    S1 05 Cr. 1115 (WHP)

JEREMY JONES,                   :

            Defendant.          :

- - - - - - - - - - - - - - - - x
```

**GOVERNMENT'S SENTENCING SUBMISSION**

The Government respectfully submits the attached proposed order of forfeiture in relation to the sentencing of defendant Jeremy Jones, scheduled for May 2, 2008.

Dated: New York, New York
       April 29, 2008

                                          Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          United States Attorney
                                          Southern District of New York

                                By:   s/Steven D. Feldman
                                      Steven D. Feldman
                                      Assistant United States Attorney
                                      (212) 637-2484