```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA
                                    :
         -v.-                           ORDER OF FORFEITURE
                                    :
JEREMY JONES,                           S1 05 Cr. 1115 (WHP)
                                    :
              Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x
```

WHEREAS, on or about September 14, 2006, JEREMY JONES (the "Defendant"), was charged in a two-count Superseding Indictment S1 05 Cr. 1115 (WHP) (the "Indictment") with violations of 18 U.S.C. § 371; and 15 U.S.C. § 78j(b) and 78ff, 17 C.F.R. § 240.10b-5; for unlawfully, willfully and knowingly committing securities fraud, and conspiring to commit securities and wire fraud, and to fail to disclose compensation for advertising a security;

WHEREAS, the Indictment included a forfeiture allegation seeking, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461, any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses, including, but not limited to, a money judgment in the amount of $300,000.00 in United States currency;

WHEREAS, on or about September 22, 2006, the defendant pleaded guilty to both counts of the Indictment;

WHEREAS, the defendant was sentenced on May 2, 2008, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, to a forfeiture money judgment in the amount of $10,000.00 in United States Currency, representing the amount of proceeds obtained as a result of the offenses charged in the Indictment,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses in the Indictment, for which the defendant was found guilty, a money judgment in the amount of $10,000 shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, JEREMY JONES, at the time of sentencing and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

4. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States

Attorney Steven D. Feldman, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
      May \_\_\_\_, 2008

                                      SO ORDERED:

                                      _____
                                      HONORABLE WILLIAM H. PAULEY III
                                      UNITED STATES DISTRICT JUDGE