**Marlon G. Kirton, P.C.**

RECEIVED APR 30 2008 CHAMBERS OF WILLIAM H. PAULEY U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-08

Marlon G. Kirton, Esq.
Regina Y. Phillips, Esq.

_____

D. Andrew Marshall, Esq.
Of Counsel

New York City:
230 Park Ave. Suite 1000
New York, N.Y. 10169
Tel # (646) 435 - 5519
Fax # (212) 808 - 3020

Nassau County:
175 Fulton Ave. Suite 209
Hempstead, N.Y. 11550
Tel # (516) 833 - 5617
Fax # (516) 833 - 5620

April 30, 2008

VIA FACSIMILE

Honorable William H. Pauley
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

Re: <u>United States v. Jeremy Jones,</u> 05 cr. 1115 (WHP)

Dear Judge Pauley:

I represent Mr. Jones in the above referenced matter. He is scheduled to be sentenced on May 2, 2008 at 11:30 a.m. I request an adjournment of this matter to any date the week of June 2, 2008.

The probation report recommended, among other things, a fifteen (15) month sentence, restitution of $397,553.85 and forfeiture of $300,000. This recommendation was made even though Mr. Jones cooperated with the government, received a "5K" letter from the government and only has 1 criminal history point. I need additional time to address the myriad legal issues regarding Mr. Jones' sentence. I have the consent of the government for this request.

Please contact me if you have any questions or concerns.

Sincerely,

Marlon G. Kirton, Esq.

cc: Steve Feldman, Assistant United States Attorney

APPLICATION GRANTED. THE SENTENCING IS ADJOURNED TO JUNE 3, 2008 AT 2:00 P.M.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5-2-08