PREET BHARARA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                Plaintiff,

              - v. -

JEREMY JONES,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK

SATISFACTION OF JUDGMENT

05 CR 1115 (WHP)

JUDGMENT #:08,1749

      Satisfaction is acknowledged between United States of America, plaintiff, and Jeremy Jones, defendant, for the fine in the amount of $5,000.00 and the special assessment in the amount of $200.00 amounting in all to the sum of $5,200.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 16th day of September 2008.

                                          PREET BHARARA
                                          United States Attorney for the
                                          Southern District of New York

                                  By: _____
                                         KATHLEEN A. ZEBROWSKI
                                         Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

      On the 15th day of January 2015, before me personally came Kathleen A. Zebrowski, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, 15